# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Etta Calhoun, Sherry Porter, and Cynthia Gray, on behalf of themselves and all other persons similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>Invention Submission Corporation d/b/a InventHelp, Technosystems Consolidated Corp., Technosystems Service Corp., Western Invention Submission Corp., Universal Payment Corporation, Intromark Incorporated, Robert J. Susa, Thomas Frost, P.A., Thomas Frost, John Doe Companies 1-10, John Doe Individuals 1-10,<br><br>    Defendants. | No. 2:18-cv-01022<br><br>Magistrate Judge Patricia L. Dodge |
| Carla Austin and Nil Leone, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>Invention Submission Corp. d/b/a InventHelp,<br>Western Invention Submission Corp. d/b/a Western InventHelp, Intromark Incorporated, and Technosystems Service Corporation,<br><br>    Defendants. | No. 2:19-CV-01396<br><br>Magistrate Judge Patricia L. Dodge |
| Geta Miclaus and Vim and Kevin Byrne, on behalf of themselves and all other persons similarly situated,<br><br>    Plaintiffs, | No. 2:20-cv-681<br><br>Magistrate Judge Patricia L. Dodge |

|  |  |
|---|---|
| v.<br><br>Invention Submission Corporation d/b/a InventHelp, Technosystems Consolidated Corp., Technosystems Service Corp., Western Invention Submission Corp. d/b/a Western InventHelp, Universal Payment Corporation, Intromark Incorporated, Robert J. Susa, Thomas Frost, P.A., Thomas Frost, John Doe Companies 1-10, John Doe Individuals 1-10,<br><br>                    Defendants. |  |

# PLAINTIFFS' UNOPPOSED MOTION FOR
# PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT

Plaintiffs Cynthia Gray, Vim and Kevin Byrne, Geta Miclaus, Carla Austin, and Nil Leone ("Plaintiffs") respectfully move this Court for an Order:

1. granting preliminary approval of the Parties' Class Action Settlement Agreement, a true and correct copy of which is attached as Exhibit 1 to Plaintiffs' accompanying Memorandum of Law in Support of this Motion, as fair, reasonable, and adequate pursuant to FED. R. CIV. P. 23(e);

2. provisionally certifying the following Settlement Class for settlement purposes only:

> All United States residents who purchased services from any of the InventHelp Defendants during the time period from January 1, 2014 to June 30, 2021.

3. preliminarily appointing Plaintiffs Cynthia Gray, Vim and Kevin Byrne, Geta Miclaus, Carla Austin, and Nil Leone as the Settlement Class Representatives;

4. reaffirming the appointment of Shanon J. Carson and Peter Kahana of Berger Montague PC as Lead Class Counsel;

5. appointing Angeion Group, LLC as the Settlement Administrator to perform all

2

duties and tasks assigned to the Settlement Administrator in the Settlement Agreement, and preliminarily approving the costs of notice and settlement administration;

6. approving the Claim Form and Notice of Proposed Class Action Settlement, substantially in the form of Exhibits 1 and 2 to the Settlement Agreement, and the Notice Plan set forth in the Settlement Agreement, and finding that they will provide the best notice practicable under the circumstances;

7. preliminarily enjoining Settlement Class Members who do not file complete and valid Opt-Out Requests by the Objection and Opt-Out Deadline from filing suit or asserting any claims, demands, and/or counterclaims with respect to matters released in the Settlement Agreement;

8. scheduling the final approval hearing; and

9. approving the following schedule and procedures for completing the settlement approval process as set forth in the Parties' Settlement Agreement:

| | |
|---|---|
| Defendants provide Settlement Administrator with Class List | Within five (5) business days after entry of Preliminary Approval Order |
| Settlement Administrator shall establish the Settlement Website and post the Notice of Settlement thereon, and establish the toll-free telephone number | Within fourteen (14) days after entry of Preliminary Approval Order |
| Settlement Administrator shall distribute the Notice of Proposed Class Action Settlement and Claim Form to the Settlement Class | Within twenty-one (21) days after entry of Preliminary Approval Order (the "Notice Date") |
| Deadline for Settlement Class Members to complete and submit Claim Forms | Postmarked within sixty (60) days from the Notice Date |
| Objection and Opt-Out Deadline | Postmarked within sixty (60) days of the Notice Date |
| Class Counsel's Motion for Attorneys' Fees, Expenses, and Service Awards | Due three (3) weeks prior to Objection and Opt-Out Deadline |
| Plaintiffs' Motion for Final Approval | Due three (3) weeks prior to the Final Approval Hearing |

10. This Motion is based on the accompanying Memorandum of Law and its exhibits that include:

| | | |
|---|---|---|
| Exhibit 1: | Settlement Agreement and Exhibits |
| Exhibit 2: | Declaration of Shanon J. Carson, Interim Lead Class Counsel |
| Exhibit 3: | Declaration of Robert J. Susa (regarding Settlement Class size) |
| Exhibit 4: | Declaration of Robert J. Susa (filed under seal with leave of Court) |
| Exhibit 5: | Declaration of Thomas Frost (filed under seal with leave of Court) |
| Exhibit 6: | Declaration of Steven Weisbrot, Esq. on Behalf of Proposed Settlement Administrator Angeion Group, LLC |

and all other records, pleadings, and papers on file in this action. Defendants do not oppose this Motion. The Parties' proposed Preliminary Approval Order submitted for the Court's consideration is Exhibit 4 to the Settlement Agreement.

Respectfully,

Dated: August 19, 2022        **BERGER MONTAGUE PC**

*/s/ Shanon J. Carson*
Shanon J. Carson
Peter Kahana
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: (215) 875-4656
Fax: (215) 875-4604
scarson@bm.net
pkahana@bm.net

*Interim Lead Class Counsel*

**OXMAN LAW GROUP PLLC**

*/s/ Julie Pechersky Plitt*
Julie Pechersky Plitt
Marc S. Oxman
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
(914) 422-3900
(914) 422-3636 (Fax)
jplitt@oxmanlaw.com

*Counsel for Calhoun and Miclaus Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2022, I caused the foregoing Motion for Preliminary Approval of Settlement Agreement, and all supporting papers, to be served on all counsel of record via ECF.

*/s/ Shanon J. Carson*
Shanon J. Carson